JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POINDEXTER, aka William Joseph Matthews,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>TIM VIRGA, Warden,<br><br>　　　　　Respondent. | Case No. CV 10-10002-DOC (SP)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 26, 2014

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE